**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION AT COVINGTON**
**Criminal Minutes-Sentencing**

Cov.Cr. **07-39-DCR-2** at **COVINGTON**                                    **8/17/2009**

**U.S. vs. SHIRLEY A. CUNNINGHAM, JR.**                **X** Present    **X** Custody

---

**DOCKET ENTRY:**  The Court adopts the Presentence Report prepared by the United States Probation Office as its findings along with the additional findings by the Court.  The Presentence Report shall be filed under seal.

---

PRESENT:  **HON.  DANNY C. REEVES, JUDGE**

| **Kim Stoneking** | **Cindy Oakes** | **Laura Voorhees/E.J. Walbourn/Wade Napier** |
| Deputy Clerk | Court Reporter | Assistant U.S. Attorneys |

**Richard H. Smith/Stephen S. Dobson, III/David E. Davidson**
                ATTORNEYS FOR DEFENDANT                **X** Present    **X** Retained

---

**X** Objections to Presentence Report addressed at objection hearing held this date prior to sentencing.

___No objections to Presentence Report.

___Plea Agreement accepted by the Court and filed.

**X** Transcripts from objection hearing and sentencing hearing shall be deemed as written findings of the Court.

**X** Judgment shall be entered (See Judgment and Commitment).

**X**   The Defendant's oral motion for a bond setting pending appeal is denied.  Pursuant to T. 18§3143,     the Defendant is remanded to the custody of the U.S. Marshal.

**X** The Defendant's renewed oral motion to prevent Angela M. Ford, counsel for the Crime Victim's, from filing additional documents is **overruled**.

**X** The motion of Stephen Dobson and Richard H. Smith to withdraw as counsel for Defendant Cunningham (Rec. #943), and motion of David Davidson to withdraw as counsel for Defendant Cunningham (Rec. #944) are **granted**.  The Clerk is directed to file a Notice of Appeal on behalf of the Defendant following  the entry of the judgment.

cc: USA,USPO,USO.R.Smith,S.Dobson,D.Davidson                Initials of Deputy Clerk: krs

| TIC | 1 | 07 |