PS 40
(REV. 6/05)

# UNITED STATES DISTRICT COURT

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

TO: United States Department of State
Office of Passport Policy and Advisory Services
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, D.C. 20037

FROM: P.O. Box 746
ATTN: USPO Stacey Suter
Covington, Kentucky 41012

[X] **Original Notice**
Date: June 26, 2007
BY: U.S. Probation Office

[X] **Notice of Disposition**
Date: 08/17/09
BY: U.S. Probation Office

---

Defendant: Cunningham Jr., Shirley Allen
Case Number: Covington 07-39-2

Date of Birth: _____
Place of Birth: Trigg County, KY

SSN: _____

Eastern District of Kentucky
FILED
AUG 2 6 2009
AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

**NOTICE OF COURT ORDER** (Order Date: 06/21/07)

[X] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action

[X] The above-named defendant surrendered Passport Number 046355821 to the custody of the U.S. Probation Office on 06/21/07.

---

### NOTICE OF DISPOSITION

The above case has been disposed of and the above order of the court is no longer in effect.

[ ] Defendant not convicted — Document returned to defendant.

[ ] Defendant not convicted — Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

[X] Defendant convicted — Document ~~and copy of Judgment~~ enclosed.

---

Distribution:
Original to Case File
Department of State
Defendant (or representative)
Clerk of Court