# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**FILED**
**DEC 1 4 2012**
**DEBORAH S. HUNT, Clerk**

William K. Suter
Clerk of the Court
(202) 479-3011

December 12, 2012

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH  45202

Re: Shirley A. Cunningham, Jr.
v. United States
No. 12-7708
(Your No. 09-5987)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on November 24, 2012 and placed on the docket December 12, 2012 as No. 12-7708.

Sincerely,

**William K. Suter**, Clerk

by

Melissa Blalock
Case Analyst