UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

Eastern District of Kentucky
**F I L E D**
NOV 0 8 2013
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CRIMINAL NO. 07-39-DCR

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| V. | **ORDER** |
| WILLIAM J. GALLION and<br>SHIRLEY A. CUNNINGHAM, JR. | DEFENDANTS |

\* \* \* \* \*

The United States, through counsel, having moved for entry of an Order allowing for the substitution of assets against the judgment entered on June 17, 2009, pursuant to the provisions of 21 U.S.C. § 853(n) and Federal Rule of Criminal Procedure 32.2, and the Court being otherwise sufficiently advised:

IT IS HEREBY ORDERED the following asset be forfeited, sold and the proceeds applied to the money judgment entered in this case:

Yamaha 10' Wave Runner, VIN #YAMA5223J607, registered to Defendant William J. Gallion

It is further ORDERED that the United States Marshals Service shall seize forthwith the aforedescribed forfeited property and dispose of the said property in accordance with the law. The United States shall provide notice as required by law.

The United States is authorized to conduct appropriate discovery and to conduct any necessary ancillary proceedings as provided by 21 U.S.C. § 853(n) as to the rights of

third parties who may have an interest in the property forfeited herein.

It is further ORDERED that the Clerk deliver copies of this Order to all counsel of record and the United States Marshal for the Eastern District of Kentucky.

Dated: November 8, 2013

_____
UNITED STATES DISTRICT JUDGE

Prepared by:

KERRY B. HARVEY
UNITED STATES ATTORNEY


/s/ Wade T. Napier
Wade T. Napier
Assistant United States Attorney
207 Grandview Drive, Suite 400
Ft. Mitchell, KY 41017
(859) 655-3205
**Wade.Napier@usdoj.gov**