UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 2: 07-39-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| WILLIAM J. GALLION and SHIRLEY A. CUNNINGHAM, JR., | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is pending for consideration of Marlene Koski's *pro se* motion to substitute herself as a victim in this matter for purposes of restitution. [Record No. 1458] Specifically, Koski informs the Court that deceased victim Loretta Stidham designated Koski to receive any restitution payments awarded to her in the present matter. [*Id.*, p. 1] Because Koski is a non-attorney attempting to represent the interests of the estate of Stidham, her motion will be denied. *See United States v. Vehicle 2007 Mack Dump Truck*, 680 F. Supp. 2d 816, 821 (E.D. Mich. 2010) (stating that *pro se* movant interfered with progress of forfeiture proceedings because he was not a claimant to any of the subject vehicles); *Jackson v. Comm'r of Soc. Sec.*, No. 12-cv-13679, 2013 WL 2338716, \*1 (E.D. Mich. May 29, 2013) (explaining that non-attorney cannot file a motion for summary judgment on behalf of the plaintiff).

Further, Koski's motion will be denied because she fails to present sufficient evidence that restitution payments owing to Stidham should instead be placed in her name. For

example, she indicates that she has not been named the executor of Stidham's estate. [Record No. 1458-1, p. 1]   While she submitted documentation indicating that she was Stidham's power of attorney [*id.*, p. 15], that authorization does not necessarily indicate that restitution payments in this matter should be made to her.  *See* Ky. Rev. Stat.  § 386.093(3). Therefore, being sufficiently advised, it is hereby

**ORDERED** that Marlene Koski's filing captioned "Motion to Transfer Checks into Another Name" [Record No. 1458] is **DENIED**.

This 23rd day of June, 2016.

Signed By:
*Danny C. Reeves*  DCR
United States District Judge