UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 2: 07-39-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| WILLIAM J. GALLION and SHIRLEY A. CUNNINGHAM, JR., | ) ) ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

*** *** *** ***

This matter is pending for consideration of the United States' motion to substitute Dorothy Johnson as a victim in this matter for purposes of restitution. [Record No. 1465] Specifically, the United States informs the Court that Emma Ison is deceased and that her daughter, Dorothy Johnson, was appointed as administratrix of her estate. The United States has moved to file the motion to substitute under seal, but has not provided any reasons that it or its attachments should be sealed. [Record No. 1464] Accordingly, it is hereby

**ORDERED** as follows:

1. The United States' motion for leave to file the motion to substitute under seal [Record No. 1464] is **DENIED**.

2. The United States' motion to substitute victim [Record No. 1465] is **GRANTED**. The restitution Judgment entered by this Court on August 18, 2009, [Record Nos. 955, p. 10; 956, p. 10] is **AMENDED** to replace the victim listed as "Emma Ison" with "Dorothy Johnson, 77 Cherry Avenue, Corbin, Kentucky 40701."

This 11th day of April, 2018.



Signed By:
*Danny C. Reeves* DCR
United States District Judge

Distribution:  MaryAnn Meaux
Dorothy Johnson