UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 2: 07-039-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| WILLIAM J. GALLION and SHIRLEY A. CUNNINGHAM, JR., | ) ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is pending for consideration of the United States' motion to substitute Tamika Sales as a victim for purposes of restitution. In support, the government reports that victim Joyce Hanley passed away in February 2022, and the beneficiary of her restitution payments, her husband Larry Hanley, Sr., passed away in August 2022. Tamika Sales is Larry Hanley's daughter and the administratrix of his estate.

Having considered the matter and being sufficiently advised, it is hereby

**ORDERED** as follows:

1. The United States' motion [Record No. 1470] is **GRANTED**.

2. The Estate of Larry Frank Hanley, Sr., c/o Tamika Sales, Administratrix is **SUBSTITUTED** as successor in interest for the originally named victim, Joyce Hanley.

3. The United States is directed to provide Tamika Sales' mailing address to the Clerk of the Court **within 14 days**. The Clerk is directed to provide Ms. Sales with a copy of this Order upon receipt of her mailing address.

4. Ms. Sales is directed to notify the United States Attorney's Office if and when payments to Mr. Hanley's estate have equaled $22,500.

5. Upon the earlier of such time that: (a) the United States receives notice that payments to Mr. Hanley's estate have equaled $22,500; or (b) Mr. Hanley's probate estate is closed, the United States may move to substitute new victims in place of Mr. Hanley's estate.

6. Checks disbursed in April, July, and November 2022 (Check Numbers 4039 35305037 in the amount of $54.25, 4039 37783480 in the amount of $49.20, and 4039 41543433 in the amount of $62.98) shall be voided and re-issued to the substituted victim and delivered to Ms. Sales at the address provided.

Dated: December 12, 2022.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky