UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

**DESTRUCTION CERTIFICATE**

**RE: Covington Action No. 2:7-CR-39-DCR**

**U.S.A. V. WILLIAM GALLION, SHIRLEY CUNNINGHAM, MELBOURNE MILLS**

Counsel for the parties in the above-styled action were notified to retrieve their exhibits, and no claims having been made for the return of the exhibits, they are now eligible for destruction.

**NO FURTHER NOTICE WILL BE ISSUED.**

**ROBERT R. CARR, CLERK**

**By: /s/Lynn Voskuhl,**
**Courtroom Deputy Clerk**

Dated: May 1, 2023

cc: Counsel of Record