UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Criminal Action No. 2: 07-039-DCR |
| V. | ) ) | |
| WILLIAM J. GALLION and SHIRLEY A. CUNNINGHAM, JR., | ) ) ) | **ORDER** |
| Defendants. | ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is pending for consideration of the United States' motion to substitute several victims for purposes of restitution. The government reports as follows: (1) Greta Buckman, Lisa Pickens, Deborah Shumaker, Robert Shumaker, and Timothy Shumaker should be substituted in place of victim Rosemary Click, in equal shares, due to the death of Ms. Click; (2) the name of the victim JoeAnne Perkins should be changed to JoeAnne Spencer, due to this victim's marriage and change to her married name; (3) Jack Randall Frizzell should be substituted in place of victim Freda Frizzell, due to the death of Ms. Frizzell; (4) Gary McGuire should be substituted in place of victim Roberta McGuire, due to the death of Mrs. McGuire; (5) Tantra Jackson and Monica Jackson should be substituted in place of victim Katina Jackson, in equal shares, due to the death of Katina Jackson; (6) the name of the victim Crystal Seals Gibson should be changed to Crystal Browning, due to this victim's marriage and change to her married name; (7) the name of the victim Deborah Browning should be changed to Deborah Fulton Dowell, due to this victim's marriage and change to her married name; and (8) Joe Godbey and Kirt Godbey should be substituted in place of victim Ruby Godbey, in

equal shares, due to the death of Ms. Godbey.  The government has provided additional supporting information with respect to each of these allegations.

Having considered the matter and being sufficiently advised, it is hereby

**ORDERED** as follows:

1. The United States' motion [Record No. 1480] is **GRANTED**.

2. Greta Buckman, Lisa Pickens, Deborah Shumaker, Robert Shumaker, and Timothy Shumaker shall be **SUBSTITUTED** in place of victim Rosemary Click, in equal shares, such that each substituted victim shall be entitled to $28,495.76 in restitution.

3. The name of the victim JoeAnne Perkins shall be **AMENDED** to JoeAnne Spencer.

4. Jack Randall Frizzell shall be **SUBSTITUTED** in place of victim Freda Frizzell.

5. Gary McGuire shall be **SUBSTITUTED** in place of victim Roberta McGuire.

6. Tantra Jackson and Monica Jackson shall be **SUBSTITUTED** in place of victim Katina Jackson, in equal shares, such that each substituted victim shall be entitled to $68,476.51 in restitution.

7. The name of the victim Crystal Seals Gibson shall be **AMENDED** to Crystal Browning.

8. The name of the victim Deborah Browning shall be **AMENDED** to Deborah Fulton Dowell.

9. Joe Godbey and Kirt Godbey shall be **SUBSTITUTED** in place of victim Ruby Godbey, in equal shares, such that each substituted victim shall be entitled to $1,687,705.30 in restitution.

10. Upon entry of this Order, the United States is directed the substituted victims' addresses to the Clerk of the Court.

11. The Clerk of the Court is directed to provide the identified victims with a copy of this Order.

12. The checks issued previously by the Clerk of this Court, as identified in the Motion [Record No. 1480, p. 6] shall be voided and re-issued to the substituted victims and delivered to their addresses as provided by the United States.

Dated: February 12, 2024.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky